**Order entered April 14, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00139-CR

## EX PARTE PABLO CHAVEZ

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX21-90111**

### ORDER

Before the Court is the April 13, 2021 request of court reporter Kelly Simmons to file a supplemental reporter's record containing State's Exhibit No. 14. The supplemental reporter's record has been tendered to the Clerk of the Court for filing.

We **GRANT** Simmons's request and **ORDER** the supplemental reporter's record filed as of the date of this order.

/s/    DENNISE GARCIA
       JUSTICE